## Exhibit A
## Statement of Claim
## Plaintiff Andrew Ray Wilson

**Unpaid Overtime and Minimum Wages**

| Period[1] | Weeks[1] | Average Weekly Hours Worked[1] | Monthly Rate Pay[1] | FLSA Equivalent Overtime Hourly Rate[1] | Applicable Minimum Wage Hourly Rate | Total Unpaid Minimum Wages[1] | Total Unpaid Overtime Wages[1] | Total Liquidated Damages[1] |
|---|---|---|---|---|---|---|---|---|
| 10/1/21 - 10/15/21 | 2.14 | 58 | $4,000.00 | $ 23.87 | $ 10.00 | $ 1,242.86 | $ 499.42 | $ 1,742.27 |
| 7/1/21 - 9/30/21 | 13.14 | 58 | $4,000.00 | $ 23.87 | | $ - | $ 1,862.07 | $ 1,862.07 |
| | | | | | | $ 1,242.86 | $ 2,361.49 | $ 3,604.34 |

Total Unpaid Minimum Wages[1] = $ 1,242.86
Total Unpaid Overtime Wages[1] = $ 2,361.49
Total Liquidated Damages[1] = $ 3,604.34
Total[1] = $ 7,208.69

[1] Numbers are averages, estimates, and/or approximates. Numbers may change as information is uncovered through the discovery process.